# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF lLLINOIS

In re Darrell Heard                :       19-16582
           Debtor,          :
                                 :
                                 :

## **WITHDRAWAL OF CLAIM**

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-

| | |
|---|---|
| Creditor Name and Address: | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523 |
| Court Claim Number (if known): | #4 |
| Date Claim Filed: | 6/27/2019 |
| Total Amount of Claim Filed: | 4,505.47 |

referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: August 26, 2019

                                                            Erin Buechler_____
                                        Attorney for ComEd, Erin Buechler